UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HILBORN,

    Plaintiff,

vs.

CHAW KHONG TECHNOLOGY CO., LTD.,

    Defendant.

_____/

Case Number: 03-71726
HON. PAUL D. BORMAN

## ORDER TO STRIKE PAPER(S)

The clerk of the Court has accepted for filing the paper(s) named below. Upon review, however, the Court has determined that the paper(s) does (do) not conform with the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of Michigan, and therefore, the paper(s) shall be attached to this Order but shall not be deemed a part of the record in this case.

DATE PAPER(S) ACCEPTED FOR FILING:    9/27/07

TITLE OF PAPER(S):

REPLY to Response re 43 MOTION for Summary Judgment filed by Chaw Khong Technology Company, Limited. (Attachments: # 1 Index of Exhibits Index of Exhibits# 2 Exhibit Exhibit H, Hilborn Dep. Tr.# 3 Exhibit Exhibit I, 10-21-99 Detroit Design Engr. Invoice# 4 Exhibit Exhibit J, Robert McFarland Dep. Tr.# 5 Exhibit Exhibit K, 9-15-99 Award Letter# 6 Exhibit Exhibit L, Mark Good Dep. Tr.# 7 Exhibit Exhibit M, Mary Foley Dep. Tr.) (Lawrence, David) (Entered: 09/27/2007)

REASON FOR STRIKING PAPER(S): LR 7.1(c)(3)(B), The text of a reply brief, including footnotes and signatures, may not exceed 5 pages

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: October 3, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 3, 2007.

                                      s/Denise Goodine
                                      Case Manager