**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID HILBORN,

            Plaintiff,                    CASE NO. 03-CV-71726

-vs-                                  PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

CHAW KHONG TECHNOLOGY CO.,

            Defendant.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS AND OTHER RELIEF

Plaintiff having moved for sanctions pursuant to Fed. R. Civ. P. 37(c)(1) and (d)(1), and the matter having come on for hearing on July 17, 2008, and the Court being fully advised in the premises:

It is ordered that the scope of Plaintiff's claim is limited to commissions from sales by Defendant or its successors in interest to the following entities or their successors in interest: General Motors, Adac, Findlay Industries, Donnelly, Itchikoh, and Coach.

**IT IS FURTHER ORDERED** that Defendant shall produce the following information:

1.      The number of mirror motors (power packs/actuators) sold to the above entities or to the above entities through others from 1999 to the date of trial.

2.      The number of mirror motors, as part of a larger assembly of mirror parts or of complete mirrors, sold to the above entities or to the above entities through others from 1999 to the date of trial.

3.      Total revenues from the sale of products identified in item 1 above.

4.      Total revenues from the sale of products identified in item 2 above.

5.      All records kept in the ordinary course of business supporting the above.

**IT IS FURTHER ORDERED** that the information shall be produced within two weeks

from the date of this Order and shall be supplemented from time to time thereafter to the time of

trial.

**SO ORDERED.**


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE


Dated:  July 21, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July
21, 2008.


s/Denise Goodine
Case Manager