UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HILBORN,

      Plaintiff,                                CIVIL ACTION NO. 03-cv-71726

      vs.                                     DISTRICT JUDGE PAUL D. BORMAN
                                              MAGISTRATE JUDGE MONA K. MAJZOUB

CHAW KHONG TECHNOLOGY,
CO., LTD.,

      Defendant.
_____/

## ORDER AWARDING ATTORNEY'S FEES AND COSTS TO PLAINTIFF

On September 15, 2008, the Court ordered Defendant Chaw Kong Technology Co., Ltd. to pay Plaintiff's counsel Carl F. Schier's reasonable attorney fees and costs incurred in attending the September 11, 2008 settlement conference and the costs of witness Douglas Kowalski's round trip plane ticket from China purchased for the purpose of testifying at the trial, which was scheduled to begin on September 12, 2008 (Dkt. No. 99). The Court ordered Defendant to pay these fees and costs because it failed to produce Joe Lin or another company officer at the September 11, 2008 settlement conference.

Pursuant to the Court's Order, on September 29, 2008 , Plaintiff filed with the Court a Bill of Costs in the amount of $3,405.00 (Dkt. No. 100). Plaintiff's Bill of Costs contained a cost breakdown of Mr. Schier's attorney fees for appearing at the September 11, 2008 settlement conference and proof of costs for the airplane ticket of his witness, Mr. Kowalski, incurred as a result of Defendant's acts as described. Defendant has not made any objections to Plaintiff's Bill of Costs.

Accordingly, the Court ORDERS Defendant to pay $3,405.00 to Plaintiff's counsel Carl F. Schier on or before October 16, 2008.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated:  October 2, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 2, 2008.

        s/Denise Goodine
        Case Manager